UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KAREEM MILLS,
           Plaintiff,

                                                  Civil Action
   v.                                            1:22-cv-02294-KAM

COMMISSIONER OF SOCIAL SECURITY,        (Matsumoto, J.)
           Defendant.
-------------------------------------------------------X

## **STIPULATION AND ORDER FOR REMAND**

       The parties, through their attorneys, hereby stipulate and agree that this Court reverse and remand the final decision of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). Remand for further administrative proceedings is necessary because the Commissioner's final decision did not properly consider the hearing testimony and the medical opinion evidence under the regulations. The parties agree that on remand, the Commissioner will offer the plaintiff the opportunity for a new hearing, take further action to complete the administrative record, and issue a new decision. On remand, the administrative law judge will reevaluate the medical opinion evidence, the claimant's subjective allegations, and any relevant vocational expert testimony.

       Therefore, based upon the stipulation of the parties, the final decision of the Commissioner is hereby reversed pursuant to sentence four of 42 U.S.C. § 405(g), and the case is remanded for further proceedings consistent with the parties' stipulation. Further, based on the stipulation of the parties, the Clerk of Court is directed to enter final judgment on the complaint in favor of plaintiff, reversing the final decision of the Commissioner.

*Kareem Mills v. Commissioner of Social Security*, 1:22-cv-02294-KAM
Stipulation and Order for Remand

| | |
|---|---|
| The DeHaan Law Firm P.C. | Breon Peace |
| Attorney for Plaintiff | United States Attorney |
| 300 Rabro Drive East | Eastern District of New York |
| Suite 101 | Attorney for Defendant |
| Hauppauge, NY 11788 | 271 Cadman Plaza East, 7th Floor |
| | Brooklyn, New York 11201 |
| | |
| */s/ John W. DeHaan* | /s/Rebecca H. Estelle |
| John W. DeHaan | Rebecca H. Estelle |
| (631) 582-1200 | Special Assistant United States Attorney |
| jdehaan@dehaan-law.com | SSA/OGC |
| Dated: October <u>21</u>, 2022 | (212) 264-2023 |
| | rebecca.estelle@ssa.gov |
| | Dated: October <u>24</u>, 2022 |

SO ORDERED:
November 1, 2022

*Kiyo A. Matsumoto*
_____
HONORABLE KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE